**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUPPLY CHAIN CONNECT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, BP CHEMICAL COMPANY, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, ELEMICA, INC., SHELL CHEMICAL LP, LANXESS CORPORATION, MITSUI CHEMICALS AMERICA, INC., RHODIA INC., ROHM AND HAAS COMPANY, SOLUTIA INC., SOLVAY CHEMICALS, INC., and WACKER CHEMICAL CORPORATION,<br><br>Defendant. | Civil Action No. 1:11-cv-00513-LPS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION FOR STAY PENDING *INTER PARTES* REEXAMINATION OF THE PATENT-IN-SUIT**

Defendants BASF Corporation, The Dow Chemical Company, E.I. du Pont de Nemours and Company, Elemica, Inc., Shell Chemical LP, Lanxess Corporation, Rhodia Inc., Rohm and Haas Company, Solutia Inc., Solvay Chemicals, Inc., and Wacker Chemical Corporation (collectively, "Defendants") move for a Stay Pending Reexamination of U.S. Patent No. 7,451,107 against Plaintiff Supply Chain Connect LLC for the reasons set forth in the accompanying Opening Brief In Support Of Defendants' Motion for Stay Pending *Inter Partes* Reexamination of the Patent-In-Suit.

Respectfully submitted,

**Dated: August 4, 2011**

/s/ *Edmond D. Johnson*

Edmond D. Johnson (DE Bar #2257)
James G. McMillan, III (DE Bar #3979)
PEPPER HAMILTON LLP
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
*johnsone@pepperlaw.com*
*mcmillanj@pepperlaw.com*
(302) 777-6500

OF COUNSEL:

Erik Videlock (PA Bar No. 28689)
James Singer (PA Bar No. 73328)
Desa Burton (PA Bar No. 310691)
Brienne Terril (PA Bar No. 203424)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
*videlocke@pepperlaw.com*
*singerj@pepperlaw.com*
*burtond@pepperlaw.com*
*terrilb@pepperlaw.com*

*Attorneys for Defendant Elemica, Inc.*

/s/ *Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
brostocki@reedsmith.com

OF COUNSEL:

REED SMITH LLP
James T. Hultquist
Michael P. Bregenzer
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Fax: (312) 207-6400
jhultquist@reedsmith.com
mbregenzer@reedsmith.com

*Counsel for Defendant BASF Corporation*

/s/ *Rodger D. Smith*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

OF COUNSEL:

Paul Margolis
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
pmargolis@jenner.com

*Counsel for Defendants The Dow Chemical Company and Rohm and Haas Company*

/s/ *Richard L. Horwitz*
Richard L. Horwitz (DE Bar No. 2246)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
(203) 984-6000

OF COUNSEL:

George L. Murphy, Jr. (GA Bar #530376)
Audra A. Dial (GA Bar #220298)
Wilson L. White (GA Bar #771173)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
gmurphy@kilpatricktownsend.com
adial@ kilpatricktownsend.com
wwhite@ kilpatricktownsend.com

*Counsel for Defendant E.I. du Pont de Nemours and Company*

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (DE #110)
Megan C. Haney (DE #5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Counsel for Defendant Shell Chemical LP*

/s/ *Francis DiGiovanni*
Francis DiGiovanni
fdigiovanni@cblh.com
Chad S.C. Stover
cstover@cblh.com
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 658-5614

OF COUNSEL:

Joseph Melnik (*Admitted Pro Hac Vice*)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939
Fax: (650) 739-3900

Thomas R. Goots (*Admitted Pro Hac Vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212

*Counsel for Defendant Lanxess Corporation*

/s/ *Kelly E. Farnan*
Kelly E. Farnan (DE Bar No. 4395)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7705
Facsimile: (302) 651-7701
Email: farnan@rlf.com

OF COUNSEL:

Ching-Lee Fukuda (NY Bar No. 2884088)
Christopher J. Harnett (NY Bar No. 2410819)
Karen Sum-Ping (NY Bar No. 4729737)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 596-9000
Facsimile: (212) 596-9090
Email: ching-lee.fukuda@ropesgray.com
Email: christopher.harnett@ropesgray.com
Email: karen.sum-ping@ropesgray.com

*Counsel for Defendant Rhodia Inc.*

/s/ *Rodger D. Smith*
Rodger D. Smith II (Bar No. 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
E-mail: rsmith@mnat.com

OF COUNSEL:

Michael J. Hickey
LEWIS, RICE & FINGERSH, LC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101-1311
Phone: (314) 444-7630
E-mail: mhickey@lewisrice.com

*Counsel for Defendant Solutia Inc.*

/s/ *Kelly E. Farnan*
Kelly E. Farnan (DE Bar No. 4395)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7705
Facsimile: (302) 651-7701
Email: farnan@rlf.com

OF COUNSEL:

Joseph A. Mahoney
Brent A. Batzer
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8979
Facsimile: (312) 706-8530
Email: jmahoney@mayerbrown.com
Email: bbatzer@mayerbrown.com

*Counsel for Defendant Solvay Chemicals, Inc.*

/s/ *Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
Email: rherrmann@morrisjames.com
mmatterer@morrisjames.com

OF COUNSEL:

Robert C.J. Tuttle
Thomas A. Lewry
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: rtuttle@brookskushman.com
tlewry@brookskushman.com

*Attorneys for Defendant/Counterclaim-Plaintiff Wacker Chemical Corp.*

**CERTIFICATE OF SERVICE**

I, Edmond D. Johnson, hereby certify that on **August 4, 2011**, a true and correct copy of **DEFENDANTS' MOTION FOR STAY PENDING *INTER PARTES* REEXAMINATION OF THE PATENT-IN-SUIT** was served via CM/ECF upon the following:

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Attorneys for Plaintiff Supply Chain Connect LLC*

/s/ *Edmond D. Johnson*
Edmond D. Johnson (DE Bar #2257)