# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPPLY CHAIN CONNECT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BASF CORPORATION, BP CHEMICAL COMPANY, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, ELEMICA, INC., SHELL CHEMICAL LP, LANXESS CORPORATION, MITSUI CHEMICALS AMERICA, INC., RHODIA INC., ROHM AND HAAS COMPANY, SOLUTIA INC., SOLVAY CHEMICALS, INC., and WACKER CHEMICAL CORPORATION,<br><br>    Defendants. | Civil Action No. 11-513-LPS |

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Supply Chain Connect LLC ("Plaintiff") and the Defendants BASF Corporation, The Dow Chemical Company, E.I. du Pont de Nemours and Company, Elemica, Inc., Shell Chemical LP, Lanxess Corporation, Rhodia Inc., Rohm and Haas Company, Solutia Inc., Solvay Chemicals, Inc., and Wacker Chemical Corporation (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), having reached a Settlement Agreement, hereby move for an order dismissing this action with regard to the claims and counterclaims, respectively, of Plaintiff and Defendants, in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees, and retaining jurisdiction to enforce the terms of the Settlement Agreement.

December 9, 2011

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| Gregory P. Love<br>Scott E. Stevens<br>Darrell G. Dotson<br>Todd Y. Brandt<br>STEVENS LOVE<br>111 West Tyler Street<br>P.O. Box 3427<br>Longview, Texas 75606<br>(903) 753-6760<br>greg@stevenslove.com<br>scott@stevenslove.com<br>darrell@stevenslove.com<br>todd@stevenslove.com | */s/Richard D. Kirk*<br>Richard D. Kirk (#0922)<br>Stephen B. Bauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Counsel for Plaintiff Supply Chain Connect LLC* |
| OF COUNSEL: | REED SMITH LLP |
| James T. Hultquist<br>Michael P. Bregenzer<br>10 South Wacker Drive<br>Chicago, IL 60606<br>REED SMITH LLP<br>(312) 207-1000<br>jhultquist@reedsmith.com<br>mbregenzer@reedsmith.com | */s/ Brian M. Rostocki*<br>Brian M. Rostocki (#4599)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7500<br>brostocki@reedsmith.com<br><br>*Counsel for Defendant BASF Corporation* |
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Paul Margolis<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>pmargolis@jenner.com | */s/ Rodger D. Smith*<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Counsel for Defendants The Dow Chemical Company and Rohm and Haas Company* |

| | |
|---|---|
| OF COUNSEL:<br><br>George L. Murphy, Jr.<br>Audra A. Dial<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528<br>(404) 815-6500<br>gmurphy@kilpatricktownsend.com<br>adial@kilpatricktownsend.com | POTTER ANDERSON & CORROON LLP<br><br>/s/ *Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>Hercules Plaza, Sixth Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>(302) 984-6000<br><br>*Counsel for Defendant*<br>*E.I. du Pont de Nemours and Company* |
| OF COUNSEL:<br><br>Erik Videlock<br>James Singer<br>Desa Burton<br>Brienne Terril<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>(215) 981-4000<br>videlocke@pepperlaw.com<br>singerj@pepperlaw.com<br>burtond@pepperlaw.com<br>terrilb@pepperlaw.com | PEPPER HAMILTON LLP<br><br>/s/ *Edmond D. Johnson*<br>Edmond D. Johnson (#2257)<br>James G. McMillan, III (#3979)<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com<br>(302) 777-6500<br><br>*Counsel for Defendant Elemica, Inc.* |
| OF COUNSEL:<br><br>Joseph Melnik<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 739-3939<br><br>Thomas R. Goots<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939 | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>/s/ *Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Chad S.C. Stover (#4919)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>fdigiovanni@cblh.com<br>cstover@cblh.com<br><br>*Counsel for Defendant Lanxess Corporation* |

| | |
|---|---|
| OF COUNSEL:<br><br>Ching-Lee Fukuda<br>Christopher J. Harnett<br>Karen Sum-Ping<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>(212) 596-9000<br>ching-lee.fukuda@ropesgray.com<br>christopher.harnett@ropesgray.com<br>karen.sum-ping@ropesgray.com | RICHARDS, LAYTON & FINGER, PA<br><br>*/s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com<br>*Counsel for Defendant Rhodia Inc.* |
| OF COUNSEL:<br><br>James W. Cannon, Jr.<br>Darryl Adams<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Blvd., Suite 1500<br>Austin, TX 78701<br>Telephone:  512.322.2500<br>jim.cannon@bakerbotts.com<br>darryl.adams@bakerbotts.com | PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>/s/ *John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br>*Counsel for Defendant Shell Chemical LP* |
| OF COUNSEL:<br><br>Michael J. Hickey<br>LEWIS, RICE & FINGERSH, LC<br>600 Washington Avenue, Suite 2500<br>St. Louis, MO  63101-1311<br>(314) 444-7630<br>mhickey@lewisrice.com | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br><br>*/s/ Rodger D. Smith*<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302)  658-9200<br>rsmith@mnat.com<br>*Counsel for Defendant Solutia Inc.* |
| OF COUNSEL:<br><br>Joseph A. Mahoney<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8979<br>jmahoney@mayerbrown.com | RICHARDS, LAYTON & FINGER, PA<br><br>*/s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com<br>*Counsel for Defendant Solvay Chemicals, Inc.* |

- 5 -

| | |
|---|---|
| OF COUNSEL: | MORRIS JAMES LLP |
| Robert C.J. Tuttle<br>Thomas A. Lewry<br>BROOKS KUSHMAN P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI  48075<br>(248) 358-4400<br>rtuttle@brookskushman.com<br>tlewry@brookskushman.com | */s/ Mary B. Matterer*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware  19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>*Counsel for Defendant Wacker Chemical Corp* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUPPLY CHAIN CONNECT, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>BASF CORPORATION, BP CHEMICAL COMPANY, THE DOW CHEMICAL COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, ELEMICA, INC., SHELL CHEMICAL LP, LANXESS CORPORATION, MITSUI CHEMICALS AMERICA, INC., RHODIA INC., ROHM AND HAAS COMPANY, SOLUTIA INC., SOLVAY CHEMICALS, INC., and WACKER CHEMICAL CORPORATION,<br><br>      Defendant. | Civil Action No. 11-513-LPS |

## ORDER OF DISMISSAL WITH PREJUDICE

And now, on this _____ day of _____, 2011, upon consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff Supply Chain Connect LLC ("Plaintiff") and the Defendants BASF Corporation, BP Amoco Chemical Company, The Dow Chemical Company, E.I. du Pont de Nemours and Company, Elemica, Inc., Shell Chemical LP, Lanxess Corporation, Rhodia Inc., Rohm and Haas Company, Solutia Inc., Solvay Chemicals, Inc., and Wacker Chemical Corporation (collectively, "Defendants"), in this case, and the court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

#15251736 v1

- 2 -

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

It is further ORDERED that the Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement between Plaintiff and Defendants.

_____
Leonard P. Stark
United States District Court Judge